IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

CHRISTOPHER E. BRAVOT,

    Plaintiff,　　　　　　　　　　No. CIV S-05-0113 FCD GGH P

    vs.

CALIFORNIA DEPARTMENT OF
CORRECTIONS, et al.,

    Defendants.　　　　　　　　　ORDER
_____/

        Plaintiff is a state prisoner proceeding pro se and in forma pauperis with an action filed pursuant to 42 U.S.C. § 1983. Plaintiff's amended complaint states a cognizable claim for relief pursuant to 42 U.S.C. § 1983 and 28 U.S.C. § 1915A(b) against defendants Mule Creek State Prison Warden Roseanne Campbell and former Warden Mike Knowles with respect to his allegation that these defendants have refused to expunge a memorandum containing false information from his prison record. If the allegations of the amended complaint are proven, plaintiff has a reasonable opportunity to prevail on the merits of this action.

        In accordance with the above, IT IS HEREBY ORDERED that:

        1. Service is appropriate for the following defendants: Mule Creek State Prison Warden Roseanne Campbell and former Warden Mike Knowles.

        2. The Clerk of the Court shall send plaintiff two (2) USM-285 forms, one

summons, an instruction sheet and a copy of the first amended complaint filed June 29, 2005.

    3. Within thirty days from the date of this order, plaintiff shall complete the attached Notice of Submission of Documents and submit the following documents to the court:

    a. The completed Notice of Submission of Documents;

    b. One completed summons;

    c. One completed USM-285 form for each defendant listed in number 1 above; and

    d. Three (3) copies of the endorsed amended complaint filed June 29, 2005.

    4. Plaintiff need not attempt service on defendants and need not request waiver of service. Upon receipt of the above-described documents, the court will direct the United States Marshal to serve the above-named defendants pursuant to Federal Rule of Civil Procedure 4 without payment of costs.

DATED:  1/9/06

/s/ Gregory G. Hollows
_____
UNITED STATES MAGISTRATE JUDGE

GGH:009
brav0113.1am

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

CHRISTOPHER E. BRAVOT,

      Plaintiff,               No. CIV S-05-0113 FCD GGH P

    vs.

CALIFORNIA DEPARTMENT OF
CORRECTIONS, et al.,          NOTICE OF SUBMISSION

      Defendants.          OF DOCUMENTS

_____/

      Plaintiff hereby submits the following documents in compliance with the court's order filed _____:

      __1__      completed summons form

      __2__      completed USM-285 forms

      __3__      copies of the __June 29, 3005__

                            Amended Complaint

DATED:

                                            _____
                                            Plaintiff