IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

CHRISTOPHER BRAVOT,

      Plaintiff,                      No. CIV S-05-0113 FCD GGH P

      vs.

CA. DEPT. OF CORRECTIONS, et al.,

      Defendants.               <u>ORDER</u>

_____/

      Plaintiff, a state prisoner proceeding pro se, has filed this civil rights action seeking relief under 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local General Order No. 262.

      On January 9, 2006, the magistrate judge filed findings and recommendations herein which were served on all parties and which contained notice to all parties that any objections to the findings and recommendations were to be filed within twenty days. No party has filed objections to the findings and recommendations.

      The court has reviewed the file and finds the findings and recommendations to be supported by the record and by the magistrate judge's analysis. Accordingly, IT IS HEREBY ORDERED that:

/////

1. The findings and recommendations filed January 9, 2006, are adopted in full;

2. Defendants California Department of Corrections; Mule Creek State Prison; Correctional Captains R. Robinson and J. Peters; Corr. Lt. C. Lincoln; Corr. Counselor (CC) II's J. Silva, T. Hansen and K. Johnson; Director of (Appeal) Review T. Surges; Assistant Appeals Director N. Grannis; Govt. Claims Board Rep. Kirsten Cantrell; and Board of Claims Program Manager Christina M. Aceinto are dismissed; and

3. Plaintiff's claims of retaliation alleged against defendants Mule Creek State Prison Warden Roseanne Campbell and former Warden Mike Knowles are dismissed.

DATED: March 15, 2006

/s/ Frank C. Damrell Jr.
FRANK C. DAMRELL JR.
United States District Judge