IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| **CHRISTOPHER E. BRAVOT,**<br><br>            Plaintiff,<br><br>      v.<br><br>**CALIFORNIA DEPARTMENT OF CORRECTIONS, et al. ,**<br><br>            Defendants. | Case No. 2:05-cv-0113-FCD-GGH (PC)<br><br>**ORDER GRANTING DEFENDANTS' REQUEST TO FILE DOCUMENTS UNDER SEAL** |

Having considered Defendants' request to file documents under seal and for an *in camera* review, brought under Local Rule 39-141, and good cause appearing, the Court grants Defendants' request and orders the Clerk of the Court to file under seal the documents submitted by Defendants for *in camera* review.

**IT IS SO ORDERED**.

DATED: 5/11/06

/s/ Gregory G. Hollows

_____
HON. GREGORY G. HOLLOWS
UNITED STATES MAGISTRATE JUDGE

brav0113.po

*[Proposed] Order Granting Defendants' Request to File Documents Under Seal*

1